# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# SOUTHERN DIVISION

| | |
|---|---|
| DENISE WUBBEN,<br><br>          Plaintiff,<br><br>vs.<br><br>YANKTON COUNTY, SOUTH DAKOTA; DAN KLIMISCH, in his individual capacity; and GARY SWENSEN, in his individual capacity,<br><br>          Defendants. | 4:19-CV-04109-KES<br><br>JUDGMENT |

In accordance with the parties' joint stipulation of dismissal (Docket 76), it is

ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice, with each party paying their own costs.

Dated November 15, 2022.

                          BY THE COURT:

                          /s/ *Karen E. Schreier*
                          KAREN E. SCHREIER
                          UNITED STATES DISTRICT JUDGE